Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA

V.    CR101-00061-002

Robert William Breeden

On October 6, 2005, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Robert William Breeden be discharged from supervised release.

Respectfully submitted,

W. Troy Balliew
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 6th day of January, 2009.

Dudley H. Bowen, Jr.
United States District Judge